LAWRENCE WRIGHT, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 104699.) (Appeal No. 1.) [782 NYS2d 209]—Appeal from an order of the Court of Claims (Philip J. Patti, J.), entered April 8, 2003. The order granted claimant's motion for permission to file a late claim.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Roberts v State of New York* (11 AD3d 1000 [2004]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski and Lawton, JJ.